IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRAIDS R US 305, HAWAII RENT A FENCE, INC., AMERICAN SECURITY FENCE COMPANY, INC., B.O.G. LIQUOR, INC., and PAUL JUDITH ENTEPRISES, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRIORITY PAYMENT SYSTEMS, LLC and PRIORITY TECHNOLOGY HOLDINGS, INC.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-CV-05318-WMR |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective undersigned attorneys, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all individual claims asserted by Plaintiffs and Defendant Priority Payment Systems, LLC in this consolidated action are hereby dismissed with prejudice with each party to bear its own costs, and all claims asserted by putative class members are hereby dismissed without prejudice.

DATED this 1st day of August, 2023.

| | |
|---|---|
| */s/ E. Adam Webb* | */s/ Edward A. Marshall* |
| E. Adam Webb | Edward A. Marshall |
|   Georgia Bar No. 743910 |   Georgia Bar No. 471533 |
| Matthew C. Klase | Theresa Y. Kananen |
|   Georgia Bar No. 141903 |   Georgia Bar No. 026285 |
| WEBB, KLASE & LEMOND, LLC | Morgan E. M. Harrison |
| 1900 The Exchange, S.E. Suite 480 |   Georgia Bar No. 470983 |
| Atlanta, Georgia 30339 | ARNALL GOLDEN GREGORY LLP |
| Telephone: 770-444-0773 | 171 17th St. NW, Suite 2100 |
| Adam@WebbLLC.com | Atlanta, GA 30363-1031 |
| Matt@WebbLLC.com | Telephone: 404-873-8500 |
| | edward.marshall@agg.com |
| *Counsel for Plaintiffs* | theresa.kananen@agg.com |
| | morgan.harrison@agg.com |
| | |
| | *Counsel for Defendants* |